In the Matter of the Claim of ANGELO GAUDIO, Appellant. MARTIN P. CATHERWOOD, as Industrial Commissioner, Respondent. — HERLIHY, J. P.

Herlihy, J. P., Reynolds, Aulisi, Staley, Jr., and Gabrielli, JJ., concur in memorandum by Herlihy, J. P.